# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN NEVADA HEALTH
DISTRICT,
                    Appellant,
           vs.
LOCAL GOVERNMENT EMPLOYEE-
MANAGEMENT RELATIONS BOARD;
AND SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL
1107,
                  Respondents.

No. 76625

FILED

DEC 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion to stay enforcement of respondent Employee Management Relations Board's decision pending resolution of appellant's petition for judicial review. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Because no appeal lies from an order denying a motion for stay, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See, e.g., Brunzell Constr. Co. v. Harrah's Club*, 81 Nev. 414, 404 P.2d 902 (1965) (stating that an order granting or denying a stay of proceedings is not appealable).

Appellant has responded to our order, and contends that the order is appealable under NRS 233B.140(2) on the ground that the statute provides that a motion to stay is equivalent to a motion for a preliminary injunction under NRCP 65. We disagree. As pointed out by respondents in their reply, NRS 233B.140 merely provides that "[i]n determining whether to grant a stay [of an administrative decision pending resolution of a petition for judicial review], the court shall consider the same factors as are considered for a preliminary injunction under Rule 65 of the Nevada Rules

18-908229

of Civil Procedure." NRS 233B.140 does not provide that the stay is the equivalent of an injunction and does not provide that an order resolving such a motion for stay is appealable. We lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Rob Bare, District Judge
       Ara H. Shirinian, Settlement Judge
       Fisher & Phillips LLP
       Attorney General/Las Vegas
       The Urban Law Firm
       Eighth District Court Clerk